UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

ANGEL PEREZ, AN INFANT UNDER 18 YEARS OF AGE
BY HIS MOTHER AND NATURAL GUARDIAN, JEANETTE MUNOZ,

**NOTICE OF APPEARANCE**

07 CV 10319 (RJS)

Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER JOHN DOE, &
POLICE OFFICER RICHARD ROE, (name and # unknown),

Defendants.
------------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that **Craig Hanlon**, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendant City of New York, effective December 4, 2007.

Dated: New York, New York
       December 4, 2007

MICHAEL A. CARDOZO
Corporation Counsel, City of New York
Attorney for Defendant City of New York
100 Church Street, Room 3-198
New York, New York 10007
(212) 788-1580

By: _____
    Craig Hanlon (CH 5679)
    Assistant Corporation Counsel
    Special Federal Litigation Division

To:   Nicole Barnum, Esq.
      Barnum & Reyes, P.C.
      145 Hudson Street, Suite 5C
      New York, NY 10013

Index No. 07 CV 10319 (RJS)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| ANGEL PEREZ, AN INFANT UNDER 18 YEARS OF AGE BY HIS MOTHER AND NATURAL GUARDIAN, JEANETTE MUNOZ,<br><br>            Plaintiff,<br><br>      -against-<br><br>THE CITY OF NEW YORK, POLICE OFFICER JOHN DOE, & POLICE OFFICER RICHARD ROE, (name and # unknown),<br><br>            Defendants. |
| **NOTICE OF APPEARANCE** |
| *MICHAEL A. CARDOZO*<br>*Corporation Counsel of the City of New York*<br>*Attorney for Defendant*<br><br>*100 Church Street*<br>*New York, N.Y. 10007*<br>*Of Counsel: Craig Hanlon*<br><br>*Tel: (212) 788-1580*<br>*NYCLIS No.* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y. ................................................,2007*<br><br>*.......................................................................... Esq.*<br><br>*Attorney for City of New York* |