UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ANGEL PEREZ, AN INFANT UNDER 18 YEARS OF AGE BY HIS MOTHER AND NATURAL GUARDIAN JEANETTE MUNOZ,

                                      Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER JOHN DOE, & POLICE OFFICER RICHARD ROE (name and # unknown),

                                        Defendants.

**NOTICE OF APPEARANCE**

07 Civ. 10319 (RJS)

------------------------------------------------------------------------ x

      **PLEASE TAKE NOTICE** that **Morgan D. Kunz**, Assistant Corporation Counsel, should be substituted as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendant City of New York, having replaced Assistant Corporation Counsel Craig Hanlon, effective January 9, 2008.

Dated:      New York, New York
               February 4, 2008

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel
                                              of the City of New York
                                        Attorney for Defendant City of New York
                                        100 Church Street, Room 3-195
                                        New York, New York 10007
                                        (212) 788-0422

                                      By:         /s/
                                               Morgan D. Kunz
                                               Assistant Corporation Counsel
                                               Special Federal Litigation Division

TO:    Nicole Barnum, Esq.
         Attorney for Plaintiff
         Barnum & Reyes, P.C.
         145 Hudson Street, Suite 5C
         New York, NY 10013 (By E.C.F. and First Class Mail)

Index No. 07 CV 10319 (RJS)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGEL PEREZ, AN INFANT UNDER 18 YEARS
OF AGE BY HIS MOTHER AND NATURAL
GUARDIAN JEANETTE MUNOZ,

                                                  Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER
JOHN DOE, & POLICE OFFICER RICHARD ROE
(name and # unknown),

                                                  Defendants.

**NOTICE OF APPEARANCE**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendant City of New York*
*100 Church Street*
*New York, New York  10007*

*Of Counsel:  Morgan D. Kunz*
*Tel:  (212) 788-0422*
*NYCLIS No. 2007-028665*

*Due and timely service is hereby admitted.*

*New York, N.Y........................................................................................, 200...*

*........................................................................................................... Esq.*

*Attorney for...........................................................................................*