



March 14, 2008

Nicole Barnum,
[illegible]

Richard P. Reyes
[illegible]

**VIA EMAIL**

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Room 615
New York, NY 10007

>   *Angel Perez, by his mother and natural guardian, Jeanette*
>   *Munoz v. City of New York, et al.*
>   07-CV-10319(RJS)

Dear Judge Sullivan,

I am the attorney for the plaintiff in the above-captioned matter. I am writing to respectfully request that the date for our initial case conference, now set for April 4, 2008 at 12 o'clock, be changed to April 3, 2008 at 4:15 P.M.

I have not previously requested an adjournment. My adversary, Assistant Corporation Counsel Morgan Kunz, is consenting to the date change.

Thank you for your assistance in this matter.

Sincerely,

Nicole Barnum, Esq.

SO ORDERED
Dated: 3/17/08
RICHARD J. SULLIVAN
U.S.D.J.

Cc:  ACC Morgan Kunz (Via Email and First Class Mail)
     Office of the Corporation Counsel
     100 Church Street
     New York, NY 10007