UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Angel Perez,** *an Infant under 18 years of age by his mother and natural guardian, Jeanette Munoz*
                    **Plaintiff,**

-v-

**THE CITY OF NEW YORK, ET AL**
                    **Defendants.**

Case No. 07-CV-010319 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

The above entitled action is referred to Magistrate Judge Fox for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

   If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_x_ Settlement* -The parties request a settlement conference after June 1, 2008.

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

   Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

   Particular Motion:_____

   All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**
DATED:   New York, New York
         April 3, 2008

                                          RICHARD J. SULLIVAN
                                          United States District Judge