UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/3/08

---

ANGEL PEREZ, AN INFANT UNDER 18 YEARS
OF AGE BY HIS MOTHER AND NATURAL
GUARDIAN JEANETTE MUNOZ
                              Plaintiff[s],

              -v-

CITY OF NEW YORK, ET AL.

                              Defendant[s].

---

Case No. 07 Civ. 10319 (RJS)
CASE MANAGEMENT PLAN AND
SCHEDULING ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

At the conference before the Court held on April 3, 2008 , this Case
Management Plan and Scheduling Order was adopted in accordance with Rules 16-26(f) of the
Federal Rules of Civil Procedure.

1.        All parties (consent) (do not consent) to disposition of this case by a Magistrate
          Judge, pursuant to 28 U.S.C. § 636(c) [circle one]. [If all consent, the remainder
          of the Order need not be completed at this time.]

2.        This case is (is not) to be tried to a jury [circle one].

3.        No additional parties may be joined except with leave of the Court.

4.        Amended pleadings may not be filed except with leave of the Court.

5.        Initial disclosures pursuant to Rule 26(a)(1) will be completed not later than
          April 3, 2008 [absent exceptional circumstances, within fourteen (14)
          days of the date of the parties' conference pursuant to Rule 26(f)].

6.        All *fact* discovery is to be completed no later than August 1, 2008 [a period
          not to exceed 120 days unless the Court finds that the case presents unique
          complexities or other exceptional circumstances].

7.      The parties are to conduct discovery in accordance with the Federal Rules of Civil
        Procedure and the Local Rules of the Southern District of New York. The
        following interim deadlines may be extended by the parties on consent without
        application to the Court, provided the parties meet the fact discovery completion
        date in ¶ 6 above:

        a.      Initial requests for production of documents to be served by
                April 17, 2008 .

        b.      Interrogatories to be served by April 17, 2008 .

        c.      Depositions to be completed by August 1, 2008 .

                i.      Unless the parties agree or the Court so orders, depositions are not
                to be held until all parties have responded to initial requests for document
                production.

                ii.     There is no priority in deposition by reason of a party's status as
                plaintiff or defendant.

                iii.    Unless the parties agree or the Court so orders, non-party
                depositions shall follow initial party depositions.

        d.      Requests to Admit to be served no later than August 1, 2008 .

8.      All *expert* disclosures, including reports, production of underlying documents and
        depositions are to be completed by:

        a.      Expert(s) of Plaintiff(s) September 2, 2008 .

        b.      Expert(s) of Defendant(s) October 2, 2008 .

9.      All discovery is to be completed no later than ~~November 3, 2008~~ Oct. 10, 2008

10.     The Court will schedule a post-discovery status conference (see ¶ 16) within three
        weeks of the close of all discovery.

11.     Pre-motion letters regarding dispositive motions, if any, are to be submitted no
        later than two weeks prior to the post-discovery status conference date listed in ¶
        16. In accord with this Court's Individual Rule 2.A, response letters thereto are to
        be submitted within three business days from service of the initial pre-motion
        letter. Pre Motion letters by Oct. 17, 2008; respon cs
        by Oct. 23, 2008

12.     All counsel must meet for at least one hour to discuss settlement not later than two
        weeks following the close of fact discovery. Accordingly, Counsel for the parties

have discussed holding a settlement conference before a Magistrate Judge or the Southern District's Mediation Program and request: [check one]

a.     __X__   Referral to a Magistrate Judge for settlement discussions

*MJ Fox should contact the parties after June 1, 2001*

b.     _____ Referral to the Southern District's Mediation Program

13.     The parties shall submit a Joint Pretrial Order prepared in accordance with the undersigned's Individual Practice Rule 3 and Rule 26(a)(3). If this action is to be tried before a jury, proposed *voir dire*, jury instructions, and a verdict form shall be filed with the Joint Pretrial Order. Counsel are required to meet and confer on jury instructions and verdict form in an effort to make an agreed upon submission.

14.     Parties have conferred and their present best estimate of the length of trial is

__1 week__ .

---

**TO BE COMPLETED BY THE COURT:**

15.     [Other directions to the parties:]

16.     The post-discovery status conference is scheduled for ___Nov . 6___
at ___9:30___.

SO ORDERED.

DATED:     New York, New York
               April 3, 2008

                                       RICHARD J. SULLIVAN
                                       UNITED STATES DISTRICT JUDGE

November 27, 2007