UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ANGEL PEREZ, AN INFANT UNDER 18 YEARS
OF AGE BY HIS MOTHER AND NATURAL
GUARDIAN, JEANETTE MUNOZ

            Plaintiff,

    vs.

THE CITY OF NEW YORK, POLICE OFFICER
JOHN DOE, & POLICE OFFICER RICHARD
ROE (name and # unknown),

           Defendants.
------------------------------------------------------------X

07 CV 10319 (RJS)
ECF CASE

**STIPULATION & ORDER**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that the complaint is amended as follows:

    1. Police Officer Thomas Serino, Shield #20888, will be added to the complaint to replace Police Officer John Doe.

    2. Detective Michael O'Keefe, Shield # 3596 will be added to the complaint to replace Police Officer Richard Roe.

    3. Bridges Juvenile Center will be added to the complaint to replace "Spofford."

    4. Mother, Jeanette Muniz, will be added to the complaint to replace Mother, Jeanette Munoz.

**IT IS FURTHER STIPULATED AND AGREED** by and between the undersigned that the defendant City of New York shall have 30 days to respond to the amended complaint.

**ANNEXED TO THE STIPULATION** by and between the undersigned is a copy of the amended complaint with the new caption.

Dated: New York, New York
April 17, 2008

BARNUM & REYES, P.C.
Attorney for Plaintiff
145 Hudson Street, 5C
New York, New York 10013
(212) 966-3761

By: _____
Nicole Barnum (NB 9543)

Date

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
Attorney for City Defendants
100 Church Street, Room 3-195
New York, New York 10007
(212) 788-0422

By: _____
Morgan D. Kunz (MK     )

SO ORDERED:

_____
U.S.D.J.
5/13/08