*Attorneys at Law*





USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/16/08

Nicole Barnum
nbarnum@barnum-reyes.com

Richard P. Reyes
rreyes@barnum-reyes.com

RECEIVED
JUN 13 2008
CHAMBERS OF
KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

June 13, 2008

**MEMO ENDORSED**

BY FACSIMILE TO 212-805-6712

Honorable Kevin Nathaniel Fox
United States Magistrate Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

RE: Angel Perez, by his mother and natural guardian, Jeanette Muniz v. City of New York, et al.
07-CV-10319 (RJS)

Your Honor:

I am the attorney for the plaintiff in the above-captioned matter. I am writing for the second time to request that the date for our settlement conference, now set for June 16, 2008, 2:30 P.M, be changed. I have not previously requested an adjournment of the settlement conference. My adversary, Assistant Corporation Counsel Morgan Kunz, is aware of my request and is consenting to the date change. We are both available on the alternative dates of July 9th and July 10th at 2:30 P.M.

Thank you in advance for your consideration.

Sincerely,

Nicole Barnum (NB 9543)
Attorney for Plaintiff

6/13/08
Application granted. The settlement conference will be held on July 28, 2008, at 2:30 p.m.
SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX, U.S.M.J.

cc: Asst. Corporation Counsel Morgan Kunz, Esq. (by fax)
    212-788-9776

Barnum & Reyes P.C.   145 Hudson Street, Suite 5C, New York, NY 10013   Phone: 212-966-3761   Fax: 212-307-0187