UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/08

ANGEL PEREZ, by his mother and natural guardian Jeanette Muniz,

                Plaintiff,

-v-

CITY OF NEW YORK, *et al.*,

                Defendants.

No. 07 Civ. 10319 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      Pursuant to the joint letter submitted to the Court on July 25, 2008, the Court adopts the following schedule:

> Fact discovery is to be completed by August 29, 2008.
> Plaintiff's expert discovery is to be completed by September 30, 2008.
> Defendants' expert discovery is to be completed by October 30, 2008.
> Pre-motion letters are to be submitted on November 14; responses are due on November 20.
> The post-discovery pre-trial conference shall be held on December 4, 2008, at 9:15AM, in Courtroom 21C.

SO ORDERED.

Dated:     July 29, 2008
           New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE