UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGEL PEREZ, by his mother and natural guardian Jeanette Muniz,

    Plaintiff,

-v-

CITY OF NEW YORK, *et al.*,

    Defendants.

No. 07 Civ. 10319 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

Before the Court is Plaintiff's letter dated September 4, 2008 requesting leave to amend the complaint in the above-captioned matter to add Lieutenant Kevin Starr as a defendant. The application is hereby granted, and Plaintiff shall file the Amended Complaint no later than September 22, 2008.

SO ORDERED.

Dated:     September 8, 2008
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE