UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



ANGEL PEREZ, by his mother and natural guardian Jeanette Muniz,

          Plaintiff,

-v-

CITY OF NEW YORK, *et al.*,

          Defendants.

No. 07 Civ. 10319 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    It having been reported to the Court that this action has been resolved,

    IT IS HEREBY ORDERED that this action is dismissed with prejudice but without costs; provided, however, that within thirty days of the date of this Order, any party may apply by letter for restoration of this action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

Dated:    June 22, 2009
            New York, New York

                                    RICHARD J. SULLIVAN
                                    UNITED STATES DISTRICT JUDGE

MICROFILMED JUN 2 4 2009 -12 00 PM